USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/13/11

United States District Court
Southern District of New York
------------------------------------X
RODERICK SMITH,

                Plaintiff,

       -against-                             11 Civ. 331 (DAB)
                                                 ORDER

THE CITY OF NEW YORK, CHRISTOPHER
MCGUIRE, in his individual capacity,
JOHN DOE 1-3, each in his
individual capacity, and JANE
DOE 1-3, each in her individual
capacity,

                Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The Court's records indicate that Defendant The City of New York has answered, but Defendant Christopher McGuire has not yet answered, despite that his answer was due on April 12, 2011.

     The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within ten days of the date of this Order, Plaintiff shall in writing inform the Court of what efforts he is making to identify Defendants John Doe 1-3 and Jane Doe 1-3, each in his or her individual capacity.

     SO ORDERED.

Dated:    New York, New York
           April 13, 2011

                                                   Deborah A. Batts
                                             United States District Judge